No. 91–1246.  ARLEN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–1247.  MARX *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–1249.  NOWERS *v.* VIRGINIA.  Ct. App. Va.  Certiorari denied.

No. 91–1250.  MCALLAN *v.* KERR ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–1253.  COOK *v.* CAIN.  C. A. 5th Cir.  Certiorari denied.

No. 91–1256.  KLAVONICK *v.* IRONWORKERS OF WESTERN PENNSYLVANIA BENEFITS PLANS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–1258.  BOYD ET UX. *v.* FORD MOTOR CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–1261.  TEXAS *v.* WALKER.  Ct. Crim. App. Tex.  Certiorari denied.

No. 91–1262.  BOWERS ET AL. *v.* PERKO.  C. A. 8th Cir.  Certiorari denied.

No. 91–1264.  SOEHNGEN *v.* MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 91–1277.  FARSACI *v.* BUSH, PRESIDENT OF THE UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 91–1279.  KULZER, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF KULZER, DECEASED *v.* OWENS-CORNING FIBERGLAS CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–1287.  IRBY ET UX. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–1294.  PARKER *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.